# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

JIMMY PAULK; TARA WILCOX; and *
ESTES PARK, L.P., *
 *
    Plaintiffs, *
 * CV 516-19
v. *
 *
GEORGIA DEPARTMENT OF *
TRANSPORTATION; RUSSELL R. *
MCMURRAY, in his official *
capacity as the Commissioner *
of the Georgia Department of *
Transportation; and the STATE *
OF GEORGIA, *
 *
    Defendants. *

## SUPPLEMENTAL ORDER

The Court enters this Order as a supplement to its May 13, 2016, Order regarding Plaintiffs' Motion for Preliminary Injunction. Dkt. No. 18. In that Order, the Court directed the parties to maintain the status quo on the subject property for the duration of the expedited briefing period on Plaintiffs' Motion. Id. The Court does not depart from the instructions set forth in that Order.

However, the Court does note that before a preliminary injunction may issue, the moving party must give notice to the adverse party and post security in an amount sufficient to pay

the adverse party's costs and damages in the event that it is wrongfully enjoined. Fed. R. Civ. P. 65(a)(1), (c) ("Rule 65"). Additionally, to be entitled to a preliminary injunction, a movant must establish the following elements:

> (1) it has a substantial likelihood of success on the merits; (2) irreparable injury will be suffered unless the injunction issues; (3) the threatened injury to the movant outweighs whatever damage the proposed injunction may cause the opposing party; and (4) if issued, the injunction would not be adverse to the public interest.

Schiavo ex rel. Schindler v. Schiavo, 403 F.3d 1223, 1225-26 (11th Cir. 2005) (quoting Klay v. United Healthgroup, Inc., 376 F.3d 1092, 1097 (11th Cir. 2004), and Suntrust Bank v. Houghton Mifflin Co., 268 F.3d 1257, 1265 (11th Cir. 2001)).

The Court thus **SUPPLEMENTS** its previous Order (dkt. no. 18) to clarify that it will forgo any requirement to post bond pursuant to Rule 65 at this time but will hear any arguments regarding that obligation during the status conference scheduled for Friday, May 20, 2016. The Court further adds that Plaintiffs' showing on the four elements above is sufficient, at this stage, to warrant the requirement that the parties maintain the status quo until such time as the parties have briefed the issues and the Court is in a position to rule on Plaintiffs' Motion.

SO ORDERED, this 16TH day of May, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA